# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRIME HOLDINGS INT., INC.,<br><br>　　　　　Defendant. | Case No.: 16CR0131-BAS<br><br>**JUDGMENT AND ORDER DISMISSING CHARGES WITHOUT PREJUDICE** |

　　　The charges in the indictment against the captioned defendant are dismissed without prejudice.

IT IS SO ORDERED.

　　　DATED: 10/21/2020

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Bernard K. Skomal
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge